**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| HELEN ARONIS, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO. INC., *et al.*,<br><br>Defendants. | No.  C 08-00352 SBA<br><br>**ORDER**<br><br>[Docket Nos. 2, 17-18] |

Pending transfer by the Judicial Panel on Multidistrict Litigation in *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938, to the District of New Jersey, *see* Docket No. 17, this matter is STAYED.  The dates listed in the Order Setting Initial Case Management Conference [Docket No. 2] are VACATED, as is the Case Management Conference set for April 23, 2008, at 3:30 p.m.

IT IS SO ORDERED.

April 21, 2008

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge